No. 15,894.

Barone et al. *v.* Meeney et al.
(194 P. [2d] 908)

Decided June 7, 1948.

Per Curiam.

Judgment affirmed en banc without written opinion.

Messrs. Moynihan-Hughes-Sherman, for plaintiffs in error.

Mr. Allyn Cole, for defendants in error.